In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of Clifford W. Hart-

ridge. No opinion. The respondent may have until January 5, 1914, to issue the commission provided for in the order entered on November 28, 1913. See, also, 158 App. Div. 935, 143 N. Y. Supp. 1120.